```
1  MCGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2716
```

**FILED**

MAY 30 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN RE:  APPLICATION FOR AN ORDER         )   2:07-SW-0146
AUTHORIZING THE USE OF A PEN             )
REGISTER DEVICE, TRAP AND TRACE          )
DEVICE, DIALED NUMBER INTERCEPTOR,       )
NUMBER SEARCH DEVICE, AND CALLER         )
IDENTIFICATION SERVICE, AND THE          )
DISCLOSURE OF BILLING, SUBSCRIBER,       )
AIR TIME, AND CELL SITE INFORMATION      )

S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be and is hereby ordered sealed until further order of this Court.

IT IS SO ORDERED.

DATED: May 30, 2007

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

1