

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Application for an Order Authorizing the Use of a Pen Register Device, Trap and Trace Device, Dialed Number Interceptor, Number Search Device, and Caller Identification Service, and the Disclosure of Billing, Subscriber, Air Time, and Cell Site Information | Nos. 2:07-sw-00117 EFB<br>     2:07-sw-00146 GGH |

### O R D E R

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Motion to Unseal the documents filed in 2:07-sw-00117 EFB and 2:07-sw-00146 GGH, relating to the same telephone number, is GRANTED as follows:

   the Orders and Sealing Orders are unsealed without restriction;

   HOWEVER,

   the <u>unredacted</u> Applications are to remain under seal until further order of the Court; and

   the Clerk may file publicly the <u>redacted</u> versions of the Applications, which are appended hereto.

   IT IS SO ORDERED.

DATED: July 3 , 2007

EDMUND F. BRENNAN
United States Magistrate Judge